(128 So. 924)
**Carroll SHARP v. STATE.**
8 Div. 10.

Court of Appeals of Alabama.
March 4, 1930.

Rehearing Denied March 25, 1930.

Jas. C. Roberts, of Florence, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.

This appeal is governed in all respects by the decision and opinion in the appeal styled Malcolm Hannah v. State (8 Div. 11), ante, p. ——, 127 So. 795. Upon that authority, the judgment here appealed from is affirmed.

Affirmed.

(126 So. 926)
**Joseph T. SHARP v. STATE.**
8 Div. 958.

Court of Appeals of Alabama.
Feb. 18, 1930.

RICE, J.
Affirmed.

(128 So. 924)
**Joseph Trenton SHARP v. STATE.**
8 Div. 38.

Court of Appeals of Alabama.
June 10, 1930.

BRICKEN, P. J.
Affirmed.

(119 So. 925)
**J. P. SHELTON v. STATE.** (6 Div. 353.)

Court of Appeals of Alabama. Dec. 11, 1928.

SAMFORD, J. Appeal dismissed.

(125 So. 926)
**Willis SHROPSHIRE v. STATE.**
(7 Div. 611.)

Court of Appeals of Alabama. Jan. 21, 1930.

SAMFORD, J. Appeal dismissed.

(125 So. 926)
**Elnora SINGLETON v. CITY OF BIRMINGHAM.** (6 Div. 690.)

Court of Appeals of Alabama. Dec. 10, 1929.

SAMFORD, J. Affirmed.

(124 So. 925)
**Fred SINGLETON v. STATE.** (4 Div. 507.)

Court of Appeals of Alabama. Nov. 12, 1929.

SAMFORD, J. Appeal dismissed.

(119 So. 925)
**Neal SINGLETON v. STATE.** (6 Div. 319.)

Court of Appeals of Alabama. Jan. 8, 1929.

RICE, J. Affirmed.